# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA

**JAHMELA HEADLEY, DARIA TERRELLI**      CASE NO:
**BRONSON THEODORE,**
**CHRISTY TURNQUIST**
**TORREY WHITE**, on behalf of themselves and others
   *Plaintiffs*

   v.

**BEACH HOUSE RECOVERY,**
   *Defendant.*                    .

## SUMMONS IN A CIVIL ACTION

To:    Beach House Recovery, Inc.,
        c/o Holly Griffin
        Gunster
        777 South Flagler Drive, Suite 500, East
        West Palm Beach, Florida 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Octavia Brown, Esq.,
    Community Law, PLLC
    3104 North Armenia Ave., STE 2
    Tampa, Florida 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

                                                                    *CLERK OF COURT*

Date:  June 15, 2021                                 _____

*Signature of Clerk or Deputy Clerk*