# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

**JAHMELA HEADLEY,**                          **CASE NO: 9:21-CV-81227**
**DARIA TERRELLI**
**BRONSON THEODORE,**
**CHRISTY TURNQUIST**
**TORREY WHITE**, on behalf of themselves and others
    *Plaintiffs*

    v.

**BEACH HOUSE TREATMENT CENTER, LLC**
    *Defendant*.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Jahmela Headley, Daria Terrelli, Bronson Theodore, Christy Turnquist and Torrey White, and Defendant, Beach House Treatment Center, LLC, (collectively the "Parties"), by and through their respective undersigned counsel and pursuant to S.D. Fla. Local Rule 16.4, hereby file this joint notice of settlement to notify the Court that the Parties have reached an agreement to settle the instant case pending execution of a settlement agreement. The Parties will file a stipulation dismissing the action with prejudice after the confidential settlement agreement is executed, which they reasonably expect to do so no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request the Court vacate all currently set dates, hearings, and deadlines pertaining to Plaintiffs and Defendant in the instant matter.

By: /s/*Octavia Brown*                                By:/s/*Holly Goodman*

Octavia Brown, Esq.,  
Florida Bar Number: 0011778  
Octavia.brown@community-lawyer.com  
Community Law, PLLC  
3104 N. Armenia Avenue, STE 2  
Tampa, Florida 33607  
PH:   (813) 822-3522  
FAX: (863) 250-8228  
*Trial Attorney for Plaintiffs*

Holly Goodman, Esq.,  
777 South Flagler Drive, Suite 500 East  
West Palm Beach, FL 33401  
hgoodman@gunster.com  
Phone: 561-650-0697  
Counsel for Beach House Treatment Center, LLC

## CERTIFICATE OF SERVICE

I certify that on September 3, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Octavia Brown*  
Octavia Brown, Esq.,  
Trial Attorney for Plaintiffs