UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81227-CV-MIDDLEBROOKS

JAHMELA HEADLEY, DARIA TERRELLI,
BRONSON THEODORE, CHRISTY
TURNQUIST, and TORREY WHITE, on
behalf of themselves and others,

    Plaintiffs,

v.

BEACH HOUSE TREATMENT CENTER,
LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation for Dismissal with Prejudice, filed on September 13, 2021. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 14th day of September, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record